# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136404

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JESUS F. GONZALEZ,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136404
COA: 283272
Kent CC: 87-041384-FC

_____/

      On order of the Court, the application for leave to appeal the March 14, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008 _____

_____
Clerk

p1020